

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00191-CV

| | | |
|---|---|---|
| NICHOLS FORD, LTD. D/B/A AUTONATION FORD SOUTH FORT WORTH, AND TRUIST BANK F/K/A SUNTRUST BANK, Appellants | § § | On Appeal from the 96th District Court of Tarrant County (096-315652-20) |
| V. | § | September 2, 2021 |
| MARK GARZA AND STEPHANIE GARZA, Appellees | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order denying arbitration is reversed. We release our July 16, 2020 stay of the trial court proceedings, and the case is remanded to the trial court for further proceedings not inconsistent with this opinion.

It is further ordered that Appellees Mark Garza and Stephanie Garza must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr